AO 91 (Rev. 08/09)  Criminal Complaint

EC

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Lorenzo A. Winfield<br>6136 Harmon Glen Lane<br>Canal Winchester, Ohio 43110<br><br>*Defendant(s)* | Case No. 2:22-mj-667 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 2017 through February 2022  in the county of  Franklin  in the  Southern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251 | Sexual Exploitation of a Minor/Attempt Sexual Exploitation of a Minor |
| 18 U.S.C. 2252 and 2252A | Possession, Distribution, and/or Receipt of Child Pornography |
| 18 U.S.C. 2242(b) | Coercion and Enticement of a Minor |
| 18 U.S.C. 875(d) | Extortion for Interstate Communications |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI SA Matthew Guinn
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2022

City and state:  Columbus, Ohio

Kimberly A. Jolson
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the matter of:**

**United States of America**
       v.
**Lorenzo A. Winfield**
**6136 Harmon Glen Lane**
**Canal Winchester, OH 43110**

Case No.: 2:22-mj-667

Magistrate Judge Jolson

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Matthew W. Guinn, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state:

1. I, Special Agent Matt Guinn (your affiant), make this affidavit in support of a criminal complaint to arrest for violations 18 U.S.C. §§ 2251, 2252, 2252A, and 2422(b) – the production, distribution, transmission, receipt, and/or possession of child pornography and the coercion and enticement of a minor, as well as 18 USC § 875(d) – extortion via interstate communications. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Lorenzo A. Winfield (**WINFIELD**) committed the violations listed above.

2. I am a Special Agent (SA) with the FBI and have been since April 2012. I am currently assigned to the Child Exploitation and Human Trafficking Task Force Crimes Against Children Squad, Cincinnati Division, Columbus Resident Agency. I am primarily responsible for investigating internet crimes against children, including child pornography offenses and the online exploitation of children.

3. During my career as a SA, I have participated in various investigations involving computer-related offenses and have executed numerous search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. I have received both formal and informal training in the detection and investigation of computer-related offenses involving children. As part of my duties as a SA, I investigate criminal violations relating to child exploitation and child pornography, including the online enticement of minors and the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, 2252A, and 2422.

1

4. On June 19, 2021, a call was made to FBI National Threat Operations Center (NTOC) regarding a report that an unknown subject was in possession of and soliciting child pornography in Columbus, Ohio. The call was made by victim K.H., DOB: 7/10/2001, hereinafter referred to as JANE DOE ONE. As a result of the report made to the NTOC, the FBI in Columbus initiated an investigation into the allegations reported by JANE DOE ONE.

5. On or about June 22, 2021, your affiant spoke with JANE DOE ONE who reported that a student at her former high school, The Arts and College Preparatory Academy in Columbus, Ohio (ACPA), had been soliciting her under the threat of extortion. JANE DOE ONE indicated that this happened to multiple girls who were students at ACPA and has been going on since at least 2018. JANE DOE ONE explained that the unknown subject demanded nude photographs of her under the threat that if JANE DOE ONE did not comply, nude photographs of other female minors, who were her former classmates at ACPA, would be distributed, shared, and/or posted online. According to JANE DOE ONE, the unknown subject had a collection of nude images depicting ACPA minor students which the subject threatened to release. JANE DOE ONE indicated that these images were obtained by the unknown subject using the same threats made to her.

6. On or about June 28, 2021, your affiant reviewed a Facebook Messenger chat between JANE DOE ONE and Facebook Username Maria Salmerón which was provided by JANE DOE ONE. The individual utilizing the Maria Salmerón account contacted JANE DOE ONE on or about February 28, 2018 and distributed to JANE DOE ONE three photographs which depicted an African American female minor, topless, with her breasts exposed in a mirror. In the Facebook messenger exchange with the Maria Salmerón account, JANE DOE ONE asked the user of the Maria Salmerón account to identify themselves and inquired why they had these photographs. The user of the Maria Salmerón account responded with the following statement: "[because] she sent them. And she had more to send but decided she didn't want to anymore and left so they are about to be spread to almost every student at ACPA". In response, the following conversation ensued:

**JANE DOE ONE**: why are you doing this what do you get out of it.

**Maria Salmerón:** Satisfaction…She was told she could either finish sending or have her pics spread which means no matter what she did 1 of the 2 would happen And she chose not send so i have to follow through with spreading her pics like i said would If u want to stop them being sent out to more ppl u can but u don't have to do anything I'll send pics to more ppl Sooooo what is ur answer?"

**JANE DOE ONE:** I'm not doing anything for you.

**Maria Salmerón:** U would be doing it to help her Or u can not do anything and just let her life go to shit Totally up to u.

7. At the time the Maria Salmerón account demanded nude images of JANE DOE ONE, JANE DOE ONE was 16 years old and enrolled as a student at ACPA. JANE DOE ONE further described other social media accounts that had been used by the unknown subject to solicit her for photographs via Discord, Twitter, Snapchat, and Instagram some of which had since been deleted. JANE DOE ONE specifically remembered the Discord account HeadHunter#9521 also contacting her.

8. On or about June 30, 2021, your affiant submitted an administrative subpoena to Facebook for subscriber information related to the Maria Salmerón account. In response to the administrative subpoena, Facebook provided the following information to your affiant:
   **Registered Email Address:** zaireb3@gmail.com
   **Registration IP Address:** 173.88.52.234 on January 19, 2016 at 13:24:51 UTC
   **IP Login:** 2605:a000:1006:237f:cc00:4b5b:343:d6fb on July 3, 2019 at 19:56:33 UTC

9. On July 8, 2021, an administrative subpoena was served on Google, Inc. requesting subscriber information for the aforementioned subscriber email address zaireb3@gmail. Google responded to the subpoena request with the following information:
   **Google Account ID:** 294588674370
   **Created On:** August 1, 2015 at 03:24:20 UTC
   **Deletion Date:** January 30, 2021 at 16:11:10 UTC

10. After learning that the zaireb3@gmail.com email address and account had been deleted, your affiant then did an open source search on the IP Login information provided by Facebook and learned that 2605:a000:1006:237f:cc00:4b5b:343:d6fb was resolved to Charter Communications. On July 7, 2021, your affiant submitted an administrative subpoena to Charter Communications for subscriber information related to the IP address. On July 29, 2021, the following results were provided to your affiant as a result of that request:
    **Subscriber Name:** Tiffany Winfield
    **Service Address: 2** 640 Denmark Road, Columbus, Ohio 43232-4632
    **Username or Features:** realtalktiff@gmail.com
    **Phone Number:** (614) 584-0633

11. On November 24, 2021, your affiant obtained and executed a federal search warrant to Facebook for the Maria Salmerón account. In response to that search warrant, Facebook provided account contents including the aforementioned conversation involving JANE DOE ONE from February 2018. In addition, a conversation thread between Maria Salmerón and a second victim A.A., DOB 4/29/2001, herein after identified as JANE DOE TWO, was recovered. In the review of that, your affiant would note that the Maria Salmerón account demanded JANE DOE TWO produce and distribute images of herself on Facebook. At the time of these demands, JANE DOE TWO would have been approximately 16 years old. In response to these threats, on April 3, 2018, JANE DOE TWO sent the following media to the Maria Salmerón account:

    – One approximately two minute and 48 second video which depicted JANE DOE TWO fully nude, rubbing her breasts, and engaged in acts of masturbation including inserting her fingers into her vagina.

3

- One approximately one minute 28 second video which depicted JANE DOE TWO masturbating by inserting her fingers into her vagina.

- One approximately one-minute video which depicted JANE DOE TWO engaged in acts of masturbation including inserting a plastic bottle into her vagina.

- One approximately one-minute video which depicted JANE DOE TWO's buttocks. In the video, JANE DOE TWO can also be observed masturbating by inserting her fingers into her vagina.

- One approximately 30 second video which depicted JANE DOE TWO masturbating by inserting her fingers into her vagina.

12. In further review of the conversation between JANE DOE TWO and Maria Salmerón, your affiant learned that the subject utilizing the Maria Salmerón account had hacked into the Snapchat account of JANE DOE TWO. In the Facebook messenger exchange related to the above noted videos JANE DOE TWO distributed, JANE DOE TWO was attempting to ultimately regain back control of that Sapchat account. The following is a brief excerpt from those conversations which occurred between on or about April 1, 2018 and April 3, 2018:

| | |
|---|---|
| JANE DOE TWO: | may I have my snap |
| **Maria Salmerón:** | **U got a phone yet??** |
| JANE DOE TWO: | yes |
| **Maria Salmerón:** | **great now u can take better vids** |
| JANE DOE TWO: | your not getting anymore ill just make a new snap fuck you |
| **Maria Salmerón:** | **K** |
| JANE DOE TWO: | how many videos do you fucking want |
| **Maria Salmerón:** | **U said u werent doing vids** |
| **Maria Salmerón:** | **So dont try asking nos** |
| **Maria Salmerón:** | **now** |
| JANE DOE TWO: | fine, i just want my snap back for thew memorys because everythinjg is fading but fine fuck you too |
| **Maria Salmerón:** | **Watever u can do vids for the snap** |
| JANE DOE TWO: | how many and what , i still need to set up my phone it shoul be set up by tommorow nightg' |
| **Maria Salmerón:** | **So u cant even do anything yet** |
| JANE DOE TWO: | no |

\*\*\*\*\*

| | |
|---|---|
| JANE DOE TWO: | So what do I need to send |
| **Maria Salmerón:** | **Uhhhh 5 min vid play with ur boobs then finger urself with 1 finger slowly then 2 fingers fast** |
| JANE DOE TWO: | That's all? |
| **Maria Salmerón:** | **If its good enough maybe** |

4

\*\*\*\*\*

| | |
|---|---|
| JANE DOE TWO: | Sent |
| **Maria Salmerón:** | **Cool do the same with ass** |
| **Maria Salmerón:** | **Body 1 finger then 2** |
| JANE DOE TWO: | I can't |
| JANE DOE TWO: | I have the flu I almost shit my self taking the 5 minute video |
| **Maria Salmerón:** | **Get something to fuck urself with nd let me see it** |

13. In further investigation, your affiant submitted an administrative subpoena to Discord, Inc. for the HeadHunter#9521 username which was provided by JANE DOE ONE as one of the accounts that had contacted her along with the Maria Salmerón Facebook account. In response to that request, the following subscriber information was received:
    **Email Address:** perfectkiller0865@gmail.com
    **Registration Date:** 2018-01-07 [no registration IP provided]
    **IP Address [oldest IP]:** 99.147.153.205, December 12, 2020 at 9:57:08

14. Further investigation revealed that IP address 99.147.153.205 was resolved to AT&T. Your affiant subsequently served an administrative subpoena on AT&T on June 30, 2021. The following subscriber records were received in response on July 2, 2021:
    **Account Number:** 307189830
    **Account Name:** Lorenzo Wrenfield (sic)
    **Billing Address:** 6136 Harmon Glen Lane, Canal Winchester, Ohio
    **Account Creation Date:** August 4, 2020
    **Account Status:** Open
    **Contact Phone:** (614) 554-6742
    **Contact Email:** LawIn2001@gmail.com

15. Your affiant then confirmed that Tiffany Winfield, the individual listed as the owner of the Charter Communications account, had a 20-year-old son named Lorenzo **WINFIELD**. During the course of the investigation into Lorenzo **WINFIELD**, your affiant completed a query in the Ohio Law Enforcement Gateway (OHLEG) which indicated that Lorenzo **WINFIELD**, born June 14, 2001, and resided at 2640 Denmark Road in Columbus, Ohio. Further investigation revealed that Lorenzo **WINFIELD** was a former student at ACPA during the time frame when JANE DOE ONE was contacted by the unknown subject who requested child pornography from them. Your affiant further noted that Lorenzo **WINFIELD** appeared to be the account name associated with the IP address used for the Discord account HeadHunter#952, although the last name (Wrenfield) was spelled incorrectly.

16. On or about July 8, 2021, an administrative subpoena was sent to Google, Inc. requesting subscriber records for the email address LawIn2001@gmail.com as provided by AT&T. On July 29, 2021, your affiant received the following information in response from Google:
    **Subscriber Name:** Lorenzo **WINFIELD**
    **Recovery Email:** coldestsleet872@gmail.com
    **Account Creation Date:** January 1, 2012 at 03:26:35-UTC

5

17. Google also provided the following Google Pay customer information for the email address of LawIn2001@gmail.com:

    **Subscriber Name:**      Lorenzo **WINFIELD**
    **Subscriber Location:**  Columbus, Ohio 43232
    **Billing Name:**         Lorenzo **WINFIELD**

18. On July 8, 2021, your affiant submitted an administrative subpoena to Google, Inc. for information regarding email address coldestsleet872@gmail.com, the recovery email for the LawIn2001@gmail.com as provided by Google. On July 29, 2021, your affiant received the following information in response from Google:

    **Subscriber Name:**      Zane Winters
    **Billing Location:**     Columbus, Ohio 43232
    **Billing Name:**         Lorenzo **WINFIELD**
    **Recovery Email:**       Lawin2001@gmail.com
    **Terms of Service IP:**  74.199.122.47
    **Created on:**           2017-07-19 00:01:47 UTC

19. Your affiant then conducted further searches through FBI databases which revealed that Lorenzo **WINFIELD** was being separately investigated by the FBI Washington Field Office (WFO) and had been identified as the target on an ongoing child exploitation and extortion matter. Your affiant requested records and investigative files related to that federal investigation. On September 16, 2021, your affiant received a thumb drive from the FBI WFO that contained police reports and documentation from the investigation into Lorenzo **WINFIELD** which spanned from 2017-2021. The thumb drive also contained reports from Fairfax County, Virginia and Prince William County, Virginia, all of which encompassed the complete investigation regarding the extortion and exploitation of victim three, E.M., DOB 7/15/2005, herein after referred to as JANE DOE THREE, by a Lorenzo **WINFIELD** from Columbus, OH.

20. One of the law enforcement reports reviewed by your affiant was a Fairfax County, Virginia report dated July 2, 2017. In summary, that report indicated that JANE DOE THREE, who would have been approximately 11 years old at the time, had taken a video using an iPad of herself fondling her breasts. The video further depicted JANE DOE THREE engaged in the lascivious display of her genitalia and masturbation. Communications were also recovered from the iPad in which JANE DOE THREE was emailing with someone by the name of Lorenzo **WINFIELD** who was utilizing the email address LawIn2001@gmail.com. There were numerous conversations between JANE DOE THREE and Lorenzo **WINFIELD** that were sexual in nature. The following is an excerpt from one of those conversations dated approximately June 24, 2017:

    **JANE DOE THREE**: Sometimes i cum a little when I'm not doing anything or I'm super horny so when I took the 1st video I cummed so i had to delete it. the second was fun but it was moving alot the the camera so her it was.

    **WINFIELD: you should've sent it anyway. Next video slowly rub your pussy.**

21. Approximately twenty videos which depicted JANE DOE THREE engaged in the

6

lascivious display of genitalia and acts of masturbation were located and identified from the iPad as being sent via email to Lorenzo **WINFIELD** at the LawIn2001@gmail.com account. The subject of the emails sent by JANE DOE THREE to the LawIn2001 account was titled "Challenges Making Zo Horny." Your affiant knows the name "Zo" to be a nickname for Lorenzo **WINFIELD**.

22. Your affiant then noted that the FBI WFO had in its possession a subpoena request that had been sent to Google on August 8, 2017, requesting subscriber information for the email address LawIn2001@gmail.com. In response to that 2017 subpoena request, Google provided the following information:

    **Name**: Lorenzo **WINFIELD**
    **Email**: LawIn2001@gmail.com
    **Recovery Email**: rmwin98@gmail.com
    **Created on**: January 1, 2012 03:26:35-UTC
    **IP Address Log**: 2017/06/24-17:03:12-UTC | 74.199.122.47 | Login
    2017/06/21-22:29:27-UTC | 74.199.122.47 | Login
    2017/06/05-11:30:47-UTC | 74.199.122.47 | Login
    2017/06/05-11:30:20-UTC | 74.199.122.47 | Login

23. Your affiant learned that IP address 74.199.122.47, as listed in the 2017 Fairfax County subpoena return from Google, was resolved to Wide Open West (WOW!) Internet Service Provider. On September 23, 2021, your affiant served a subpoena on WOW! requesting subscriber information for the aforementioned IP address and in response, learned that the subscriber's name on the account was Tiffany Winfield, the mother of **WINFIELD,** at the subscriber address of 2640 Denmark Road in Columbus, Ohio.

24. On September 8, 2021, your affiant served a subpoena on T-Mobile/Sprint requesting subscriber information for the telephone number (614) 554-6742 which was the phone number provided in the AT&T return response. On September 20, 2021, your affiant received the following response:

    **Account Establish Date**: 6/24/2019
    **Account Expiration Date**: Active through Date Searched
    **Account Billing Address(es)**:
    Effective: 1/11/2021, Lorenzo Winfield, 2640 DENMARK RD, Columbus, OH
    Effective: 7/23/2019, Lorenzo Winfield, 2640 DENMARK RD, Columbus, OH
    Effective: 6/24/2019 Lorenzo Winfield, PO BOX 15955 Lenexa, KS

25. In further reviewing the history of JANE DOE THREE's reports to law enforcement, your affiant reviewed Prince William County (PWC) reports documenting additional evidence of the continuing exploitation and extortion of JANE DOE THREE. From those reports, which were drafted as early as January 2018, your affiant learned that an Assistant Principal reported that three students at a middle school in Woodbridge, Virginia, had received a nude photo of JANE DOE THREE.

26. During the investigation into this distribution of her images, JANE DOE THREE reported that she was in online contact with an unknown individual via the social media applications Discord and Instagram and named HeadHunter#9521 as one of the accounts that had extorted her. Your affiant would note that this was the same account noted by

JANE DOE ONE. JANE DOE THREE reported that this individual began threatening her by indicating that they would send naked pictures of JANE DOE THREE to individuals at the school if JANE DOE THREE did not provide additional nude photographs of herself. JANE DOE THREE indicated that this same individual also threatened to harm her family if she did not comply. JANE DOE THREE was then provided a list of requested poses and told to send sexually explicit photographs of herself from that list. JANE DOE THREE ultimately sent explicit images and videos of herself to the unknown individual. Those images and videos depicted her nude vagina and JANE DOE THREE engaged in acts of masturbation. At the time these images and videos were sent, JANE DOE THREE would have been approximately 12 years old.

27. On November 30, 2021, your affiant obtained and executed a federal search warrant to Discord for **WINFIELD's** HeadHunter#9521 account which was identified by JANE DOE ONE and JANE DOE THREE. Upon receiving the return results, your affiant reviewed these records and found several conversations where **WINFIELD** requested and extorted child pornography from JANE DOE THREE. He also distributed child sexual abuse material depicting JANE DOE THREE to other Discord users. For example, in November 2019, several images depicting JANE DOE THREE bent over, exposing her nude vagina and anus, as well as several images depicting the nude, up close images of JANE DOE THREE, were sent to user FrostedHearts#8509.

28. In a recovered conversation between **WINFIELD** and JANE DOE THREE occurring approximately June 2020, **WINFIELD** threatened to take over an old account of hers and further extorted and threatened JANE DOE THREE into sending more nude images and videos. For example, in one exchange occurring June 3, 2022, **WINFIELD** instructed JANE DOE THREE to take specific images of herself, directing her as follows: Now…Face too, Redo that, More face than that ….Do shower pics too..send 12...Do 4 with bra and face. 4 with no bra and face. And 4 with no bra and no face but u grabbing ur tits, hurry up….." At the time of these exchanges, JANE DOE THREE would have been approximately 14 years old.

29. Your affiant would note that in the conversations recovered and reviewed, when JANE DOE THREE did not meet **WINFIELD's** demands, he would threaten her. For example, in a conversation occurring on or about July 2020, **WINFIELD** told JANE DOE THREE, "Dont wrry about it I have pics to send.... things are about to get a lot worse if u dont hurry up… " At the time of this conversation, JANE DOE THREE would have been approximately 15 years old. Later on in the conversation, **WINFIELD** reiterated that he would distribute the nude images he already had of JANE DOE THREE if she did not comply with his new request for more, stating, "K well ur done im just gonna go ahead and send pics out. Bye." **WINFIELD** then distributed to JANE DOE THREE a total of three images of herself topless with her breasts exposed, writing "starting with those 3 pics." The following conversation then ensued:

    **JANE DOE THREE**: stop sending out my pics. I'll send.

    **WINFIELD: No. U have had enough chance**

    **JANE DOE THREE**: Stop please

8

**WINFIELD: Why**

JANE DOE THREE: Im 14. I have a life ahead of me. Lost my mom. My nudes are being spread. People gate me because of that. Bully me. I can't have my life ruined. I want to finish everything.

**WINFIELD: U should have finished when u were told to.....**

JANE DOE THREE: Please!!! Please don't ruin my life over nudes. Please. I'm a kid. You can't do this!

**WINFIELD: U should have sent Instead of taking hours or days between eac pic. When u are supposed to send then sending is ur life idc if u are in school or visiting grandparents or at the store. If you are told to send u find the nearest bathroom and take the best pic possible.**

\*\*\*\*\*

JANE DOE THREE: Please don't spread my pics. Stop ruining my life please.

**WINFIELD: God shut up...Im done giving u chances u rlly should have just listened....Im still spreading pics tho.**

JANE DOE THREE: wdym. NO. Don't spread pics. I'll send 50 right now. I'll do ass vagina tits. I can to vagina...

**WINFIELD: I dont want 50.**

JANE DOE THREE: Then what. Don't spread. Let me send

**WINFIELD: I was letting u send and then didnt. So its ur fault. U could still be sending. It probs wont help but u could try..........**

JANE DOE THREE: Please dude. Please I'm begging you please. If I kill myself will you stop...

**WINFIELD: Nope.**

JANE DOE THREE: If I kill myself I'm so tired. I'm so tired. I've tried twice because of this.

30. As the recent investigation continued, your affiant learned that on February 14, 2022, photos depicting JANE DOE THREE had been shared on social media and that the FBI at the WFO in conjunction with Prince William County (PWC) had documented the incident. More specifically, your affiant learned that a Woodbridge, Virginia high school freshman, WITNESS ONE, had received a direct message from an unknown person utilizing the Instagram account "lolmasxn09." WITNESS ONE indicated that February 14, 2022, he received nude images of JANE DOE THREE on Instagram.

31. On or about February 16, 2022, your affiant submitted an administrative subpoena to Facebook requesting subscriber information and IP tolls for Instagram username "lolmasxn09." Facebook responded with the following pertinent information that the registered email for the account was aj.silvers9837@gmail.com.

32. On February 23, 2022, your affiant served a subpoena on Google requesting subscriber information for the aj.silvers9837@gmail.com email account. In response, Google provided the following pertinent information: IP address 2600:1700:6440:9220: 2133:4ad:474a:d6f9 and recovery email silent.woods120@gmail.com. Your affiant learned that the IP address was resolved to AT&T and then served legal process to them. In response, AT&T provided the following subscriber information for that account:

    **Subscriber Name:**    Lorenzo Wrenfield (sic)
    **Subscriber Address:**    6136 Harmon Glen LN
    Canal Winchester, Ohio 43110-8068
    **Phone Number:**    614-554-6742[1]

33. In April 2022, your affiant obtained and executed a federal search warrant for the Instagram username l0lmasxn09 which had distributed images of JANE DOE THREE. A review of the return noted numerous images of JANE DOE THREE, including one image which depicted JANE DOE THREE nude from the waist up, with breasts exposed. In that image, JANE DOE THREE had her right hand inside her underwear and was depicted touching her vagina. Your affiant further verified that images of JANE DOE THREE were distributed to WITNESS ONE on February 14, 2022, and those images depicted JANE DOE THREE with her nude breasts exposed.

34. In further examining Lorenzo **WINFIELD** as the target subject of this investigation, your affiant learned from JANE DOE TWO that 20-year-old P.G. (JANE DOE FOUR) had also been harassed and threatened into sending sexually explicit content via Facebook and Instagram by the same usernames noted above which have been identified as **WINFIELD**. This exploitation had been documented by law enforcement in College Station, Texas where JANE DOE FOUR resided. After obtaining a copy of the law enforcement reports related to JANE DOE FOUR, your affiant learned that this harassment began in March 2018, when JANE DOE FOUR was seventeen years old, and had continued as recently as April 2020.

35. Your affiant further learned that in conversations with JANE DOE FOUR, **WINFIELD** provided her with his CashApp name $MoneyBurner098. Legal process was then served on Square, Inc. for subscriber information for that account and, in response, the return records indicated the following:

    **Identity Verification Name:**    LORENZO ALLEN WINFIELD
    **Date of Birth:**    06/14/2001

---

[1] Your affiant would note that this is the same telephone number attributed to **WINFIELD** as learned from the legal process served to AT&T. Legal process was first served to Discord for information on the HeadHunter#9521 username which came back to IP 99.142.153.205 which was ultimately linked to **WINFIELD** at 6136 Harmon Glen Lane in Canal Winchester. In addition, this same phone number was attributed to **WINFIELD's** phone account as learned from the T-Mobile/Sprint legal process at the 2640 Denmark Road, Columbus, Ohio address.

| | |
|---|---|
| **Last Four of Social:** | 2845 |
| **Email:** | silent.woods120@gmail.com |
| **Display Name History:** | Cyrus, Luke, Sammy |
| **Address:** | 2640 Denmark Road, Columbus, OH 43232 |

36. On May 4, 2022, a federal search warrant was executed at the residence of **WINFIELD** seeking to seize digital media devices attributed to him. More specifically, numerous devices, including a LG LM-Q730MM Stylo cellular phone were recovered from **WINFIELD's** home at 6136 Harmon Glen, Canal Winchester, Ohio. A forensic examination of that devices was completed which revealed the following items of note:

    – Two photos which depicted JANE DOE FOUR fully nude, kneeling on the ground, with her vagina and breasts exposed.

    – A photo which depicted JANE DOE FOUR fully nude, sitting on a floor, legs spread exposing her vagina.

    – Two photos which depicted JANE DOE FOUR fully nude, kneeling on the floor, exposing her vagina and anus.

    – A photo which depicted JANE DOE FOUR fully nude, grabbing her buttocks, exposing her anus and vagina.

    – A photo which depicted JANE DOE THREE nude from the waist up, with breasts exposed. In that image, JANE DOE THREE had her right hand inside her underwear and was depicted touching her vagina.[2]

37. Based upon the foregoing, your affiant submits that there is probable cause to believe that Lorenzo A. **WINFIELD** has committed violations of 18 U.S.C. §§ 2251, 2252, 2252A, and 2422(b) – the production, distribution, transmission, receipt, and/or possession of child pornography and the coercion and enticement of a minor, as well as 18 USC § 875(d) – extortion via interstate communications. Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Matthew W. Guinn
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 6th day of October, 2022.

Kimberly A. Jolson
United States Magistrate Judge

---

[2] Your affiant would note that this is the same image that was sent to WITNESS ONE in February 2022 as recovered from the lolmasxn09 Instagram account attributed to **WINFIELD.**

11