

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. |
| Plaintiff, | JUDGE |
| v. | **INFORMATION** |
| **LORENZO A. WINFIELD** | 18 U.S.C. §§ 2251(a) & (e) |
| Defendant. | 18 U.S.C. §§ 2252(a)(4)(B) & (b)(2) |
| | 18 U.S.C. § 875(d) |
| | **FORFEITURE ALLEGATION** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Sexual Exploitation of a Minor)

1. From in or about August 2016 through in or about April 2020, the exact dates being unknown, in the Southern District of Ohio, the defendant, **LORENZO A. WINFIELD**, did employ, use, persuade, induce, entice, and coerce a minor, specifically Jane Doe One, born in April of 2001, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing and attempting to produce any visual depiction of such conduct, to wit: one or more digital image or video files depicting Jane Doe One engaged in masturbation and the lascivious exhibition of the anus, genitals, and pubic area, the production of such visual depictions using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, specifically the internet.

**In violation of 18 U.S.C. §§ 2251(a) & (e).**

## COUNT TWO
(Sexual Exploitation of a Minor)

2. From in or about July 2017 through in or about February 2022, the exact dates being unknown, in the Southern District of Ohio, the defendant, **LORENZO A. WINFIELD**, did employ, use, persuade, induce, entice, and coerce a minor, specifically Jane Doe Two, born in July of 2005, to engage in sexually explicit conduct as defined in 18 U.S.C. § 2256(2)(A), for the purpose of producing and attempting to produce any visual depiction of such conduct, to wit: one or more digital image or video files depicting Jane Doe Two engaged in masturbation and the lascivious exhibition of the anus, genitals, and pubic area, the production of such visual depictions using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, specifically the internet.

**In violation of 18 U.S.C. §§ 2251(a) & (e).**

## COUNT THREE
(Possession of Child Pornography)

3. From in or about November 2021 through in or about May 2022, in the Southern District of Ohio, the defendant, **LORENZO A. WINFIELD**, knowingly possessed matter, that is, digital image and video files stored on miscellaneous social media accounts and digital media devices, which contained one or more visual depictions that had been transported using any means and facility of interstate and foreign commerce, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such visual depictions being of such conduct.

**In violation of 18 U.S.C. § 2252(a)(4)(B) & (b)(2).**

## COUNT FOUR
(Interstate Communications with Intent to Extort)

4. From in or about November 2018 through in or about August 2020, the exact dates being unknown, in the Southern District of Ohio, the defendant, **LORENZO A. WINFIELD**, with the intent to extort things of value, did knowingly and willfully transmit in interstate and foreign commerce via the internet, communications containing threats to injure the reputation of the addressee, Jane Doe Three, to wit: the defendant threatened Jane Doe Three that he would distribute images and videos of Jane Doe Three nude and/or masturbating to other individuals if Jane Doe Three refused to send additional images and videos of herself nude and/or masturbating and/or engaged in sex acts to the defendant.

**In violation of 18 U.S.C. § 875(d).**

## FOREFEITURE ALLEGATION

5. The allegations of this Information are hereby re-alleged and incorporated by reference for purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 2253.

6. Upon conviction an offense in violation of 18 U.S.C. §§ 2251 as alleged in Counts One and/or Two of this Information and/or 18 U.S.C. § 2252 as alleged in Count Three of this Information, the defendant, **LORENZO A. WINFIELD,** shall forfeit to the United States, in accordance with 18 U.S.C. § 2253(a)(1) and (3):

> (a) all matter containing visual depictions or child pornography and child erotica, transported, mailed, shipped or possessed in the violation of 18 U.S.C. §§ 2251 and/or 2252; and
>
> (b) all property used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. §§ 2251 and/or 2252, including, but not limited to the following devices, including their contents:

      i. An Acer laptop, bearing serial number NXGY9AA00280607AD63400, black in color, with charger;
      ii. A Samsung Galaxy cellular telephone, IMEI 352334100060831, black in color;
      iii. A Samsung Galaxy J36V cellular telephone, black in color;
      iv. An LG Model LG-Q710PL cellular telephone, IMEI 353327110765807, blue in color;
      v. A Samsung cellular telephone, IMEI 353327110765807, black in color;
      vi. A Lenovo 14 Chromebook laptop, silver in color;
      vii. An HP laptop, black in color, bearing serial number CND7296THP;
      viii. An Honor cellular telephone, silver in color, bearing serial number HCMDU17C16000820;
      ix. A Samsung Galaxy Note 5 cellular telephone, white in color, IMEI 99007012103641; and
      x. An LG cellular telephone, light blue in color, IMEI 354590114974670.

**Forfeiture notce in accordance with 18 U.S.C. § 2253(a)(1) and (3) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

                                          **KENNETH L. PARKER**
                                          United States Attorney

                                          */s/ Emily Czerniejewski*

                                          **EMILY CZERNIEJEWSKI** (IL 6308829)
                                          Assistant United States Attorney